# Exhibit 20

# Document Sought to Be Filed Under Seal