# Exhibit 22

## Document Sought to Be Filed Under Seal