# Exhibit 23

## Corporate Governance

› Dr. Howard Yang
Chairman of the Board / CEO

› Stephen Tai
Member of the Board / President

› Phoebe Su
Vice President / Finance Chief

› Carol Fu
Secretary of the Board

MON001348

## Corporate Governance

**Dr. Howard Yang**
Chairman of the Board / CEO

Dr. Howard Yang co-founded Montage Technology with Stephen Tai in 2004, and has served as Chairman of the Board and Chief Executive Officer since then. Dr. Yang co-founded Newave Semiconductor Corp. in 1997 and merged Newave with Integrated Device Technology Inc. in 2001. He was the Head of New Product R&D Department at Shanghai Belling from 1994 to 1996. He engaged in R&D and design of integrated circuits at National Semiconductor Corp. and other companies in Silicon Valley from 1990 to 1994. Dr. Yang is a Fellow of IEEE (Institute of Electrical and Electronics Engineers) and received several awards including IEEE CAS Industrial Pioneer Award, JEDEC Distinguished Executive Leadership Award and Magnolia Gold Award from Shanghai Municipal Government. Dr. Yang holds MS and Ph.D. degrees in Electrical and Computer Engineering from Oregon State University in USA.

**Stephen Tai**
Member of the Board / President

**Phoebe Su**
Vice President / Finance Chief

**Carol Fu**
Secretary of the Board

## Corporate Governance

> Dr. Howard Yang
Chairman of the Board / CEO

˅ Stephen Tai
Member of the Board / President

Mr. Stephen Tai has served as a member of the Board and President since Montage's inception in 2004. Mr. Tai has over 25 years of experience in semiconductor architecture, design and engineering management. He was a founding core team member of Marvell Technology Group Ltd. and served as the Director of Engineering Research and Development from 1995 to 2003. He worked as a senior design engineer at Sigmax Technology from 1994 to 1995. Mr. Tai holds a master's degree in Electrical Engineering from Stanford University in USA and a bachelor's degree in Electrical and Computer Engineering from The Johns Hopkins University in USA.

> Phoebe Su
Vice President / Finance Chief

> Carol Fu
Secretary of the Board

MON001350

## Corporate Governance

› **Dr. Howard Yang**
Chairman of the Board / CEO

› **Stephen Tai**
Member of the Board / President

⌄ **Phoebe Su**
Vice President / Finance Chief

Ms. Phoebe Su joined Montage in October 2007, and now serves as Vice President and Finance Chief. Ms. Su worked as Audit Manager at PricewaterhouseCoopers Zhong Tian CPAs Limited Company from 1995 to 2003. She was Finance Controller at Dow Corning Silicone Trading (Shanghai) Co., Ltd. from 2003 to 2006, and served as Finance Controller at Dow Corning (Zhang Jia Gang) Co., Ltd. from 2006 to 2007. Ms. Su holds a bachelor's degree from Fudan University in China.

› **Carol Fu**
Secretary of the Board

MON001351

## Corporate Governance

> Dr. Howard Yang
Chairman of the Board / CEO

> Stephen Tai
Member of the Board / President

> Phoebe Su
Vice President / Finance Chief

v Carol Fu
Secretary of the Board

Ms. Carol Fu joined Montage in April 2016, and now serves as Secretary of the Board. Ms. Fu successively served as Securities Affairs Representative and Legal Counsel at Shanghai Golden Bridge InfoTech Co., Ltd; Office Assistant of the Board of Directors and Legal Counsel at New Focus Group; and Securities Affairs Manager, Senior Securities Affairs Manager and Securities Affairs Representative at Montage Technology. Ms. Fu holds a master's degree in Economic Law from East China University of Political Science and Law and has legal professional qualification.