# Exhibit 24

# Document Sought to Be Filed Under Seal