```
 1   JASON R. BARTLETT (SBN #214530)
     jbartlett@mkwllp.com
 2   JASON A. CROTTY (SBN #196036)
     jcrotty@mkwllp.com
 3   MAURIEL KAPOUYTIAN WOODS LLP
     450 Sansome Street, Suite 1005
 4   San Francisco, California 94111
     Telephone:  (415) 738 - 6334
 5   Facsimile:   (415) 738 - 2315

 6   Attorneys for Defendants,
     MONTAGE TECHNOLOGY, INC. and
 7   MONTAGE TECHNOLOGY CO., LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONTAGE TECHNOLOGY, INC. and<br>MONTAGE TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendants. | Case No.: 5:22-mc-80337<br><br>**ZHOU DECLARATION IN SUPPORT OF OPPOSITION TO NETLIST'S MOTION TO COMPEL COMPLIANCE OF SUBPOENA**<br><br>Hearing Date: January 31, 2023<br>Time: 10:00 AM<br>Mag. Virginia K. DeMarchi |

- 1 -
DECLARATION OF QIN ZHOU

I, Qin Zhou, declare as follows.

1. I am Senior Legal Manager at Montage Technology Co., Ltd. in Shanghai, China, where I have been employed since 2017. If called upon to testify I would competently testify as follows based on my personal knowledge.

2. I am familiar with the relationships between the various Montage corporate entities. I am also familiar with the development and management of confidential and proprietary trade secret information within Montage, and I am familiar with the technical information that Montage considers to be trade secrets.

3. Founded in 2004, Montage Technology Co., Ltd. is a leading IC design company dedicated to providing high-performance, low-power IC solutions for cloud computing and data center markets. Montage Technology Co., Ltd. is incorporated in China and has its headquarters at 15/F, 181 Caobao Road, Montage Circle, Xuhui District, Shanghai 200233, China.

4. Montage Technology Co., Ltd. does not conduct business in the California. It is not licensed to conduct business in California. It does not own real property in California and has no facilities in California. Nor does it have any bank accounts or even a post office box in California. It also does not have employees in California.

5. Montage Technology Inc. ("Montage CA") is a subsidiary of Montage Technology Co., Ltd. Montage CA supports Montage Technology Co., Ltd. by providing marketing and pre-sale and post-sale services, primarily in the United States market, from its location in San Jose, California. Montage CA is separately incorporated, has its own facilities, has its own employees (though it shares some directors and executives with Montage Technology Co., Ltd.), maintains its own books, makes its own day-to-day decisions, and the companies maintain corporate formalities (*e.g.*, funds are not co-mingled, etc.).

6. The relationship between Montage Technology Co., Ltd. and Montage CA is governed by a Service Agreement between the two companies. (I am informed that the Service Agreement was produced to Netlist and has been labelled as Ex. 31.) Pursuant to Art. 19 of the Service Agreement, Montage CA is an independent contractor of Montage Technology Co., Ltd. and the parties are not agents of each other, nor can they dictate the day-to-day operations of the

other. Montage CA does not have a right to request documents from Montage Technology Co., Ltd. and Montage Technology Co., Ltd. considers some documents to be proprietary even within the Montage corporate family.

7. Montage CA possesses certain technical product documentation to perform its marketing and pre-sale and post-sale services functions, but all research and development and most worldwide marketing and sales are done in China by Montage Technology Co., Ltd.

8. My understanding is that the following products ("Montage Products") have been provided to Samsung for use in Samsung DDR4 LRDIMMs and DDR5 DIMMs:

- M88DR4DB02PH3;
- M88DR4DB02PH2-T;
- M88DDR4DB02A1-T;
- M88DDR4RCD02A0-T;
- M88DR4RCD02PH1-T;
- M88DR5RCD01B2-T.

9. As to the Montage Products, only Montage Technology Co., Ltd., in China has detailed hardware design information, which is considered proprietary even within Montage. Montage Technology Co., Ltd., does not share that information with Montage CA in San Jose. If Montage CA requested detailed hardware design information and/or source code, it would not be provided by Montage Technology Co., Ltd.

10. Montage CA is not involved in the design and engineering of Montage products, including the Montage Products.

11. Montage Technology Co., Ltd. manages the corporate relationship with Samsung (in Seoul). Transactions with Samsung do not include U.S.-based Montage entities — none of the parties are in California and the transactions do not occur in California.

12. The technical information that is shared with Montage CA (*e.g.*, non-confidential flyers and confidential datasheets) relates to its functions as a subsidiary of Montage Technology Co., Ltd. Montage CA does not have research and development or other developmental documentation, as all design and engineering is performed in China. In particular, Montage CA

does not have technical documentation regarding *how* Montage products are compliant with JEDEC specifications. Nor does it possess source code for the Montage Products. As indicated above, that information is considered highly proprietary and it is not shared by Montage Technology Co., Ltd.

13. Montage Technology Co., Ltd. invests substantially in researching, designing, and developing semiconductor products. Its products are valuable because the underlying technology is confidential and is difficult to duplicate without substantial investment. The technology in Montage Products at issue is highly confidential and proprietary. Montage's technology is one of its most valuable assets.

14. Montage Technology Co., Ltd. deems the Montage Product datasheets confidential, and public disclosure would cause significant competitive damage to Montage, as they include proprietary product information and trade secrets. Montage CA produced these datasheets to Netlist pursuant to a protective order. Montage Technology Co., Ltd. also deems detailed technical information regarding the Montage Products confidential and disclosure would cause significant competitive damage to Montage. Based on my experience, technical information such as this is considered proprietary throughout the industry.

15. The Montage Products are active in that they are currently being sold, making confidential information relating to them particularly commercially sensitive. The Montage Products at issue are a valuable part of the overall Montage product line.

16. As indicated above, Montage CA does not have access to the source code for the Montage Products. Montage Technology Co., Ltd. considers source code for its products highly proprietary and trade secret, as source code details the programming and operation of Montage Products. Source code is not made public and is not provided to Montage's customers or potential customers.

17. Source code is maintained on servers in Shanghai, and it is tightly controlled within Montage Technology Co., Ltd. Disclosure would cause significant competitive damage to Montage Technology Co., Ltd. and its affiliates. Access to such source code is limited to specific employees of Montage Technology Co., Ltd. It would be a burdensome and time-

consuming task for Montage Technology Co., Ltd. to review the code for all the relevant products to identify the tiny subset that might conceivably be relevant to the underlying infringement issues.

18. There may be legal obstacles to producing information pursuant to a third-party subpoena issued under U.S. law, rather than via international treaty or diplomatic channels. Chinese law may preclude Montage Technology Co., Ltd. from complying with discovery requests that are not sought via the Hague Evidence Convention. Specifically, Article 284 of the Chinese Civil Procedure Law (formerly Article 277) may require that discovery requests be made via international treaty or diplomatic channels. If the Court were to find that Montage Technology Co., Ltd. was properly served and that it was subject to jurisdiction in California, Montage Technology Co., Ltd. would have to consult with Chinese counsel to determine its obligations under Article 284 and/or other Chinese laws, including the Export Control law, which might include applying for certain license(s) from the Chinese government.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of January 2023, at Shanghai, China.

_____
Qin Zhou