IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Hong (Annita) Zhong (CA SBN 266924)
hzhong@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

IRELL & MANELLA LLP
Michel G. Ermer (CA SBN 110496)
840 Newport Center Drive, Suite
Newport Beach, California 92660
Telephone: (949) 760-0991

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONTAGE TECHNOLOGY, INC. AND MONTAGE TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendant. | Case No. 22-mc-80337<br><br>Related Action: No. 2:21-cv-463-JRG (E.D. Tex.) |

## NOTICE OF APPEARANCE OF MICHAEL G. ERMER FOR PLAINTIFF NETLIST INC.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

NOTICE OF APPEARANCE
CASE NO. 22-MC-80337

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that pursuant to Northern District of California Local Rule 5-1(c)(2)(A), Michael G. Ermer, a member of the bar of this Court, hereby enters his appearance on behalf of Plaintiff Netlist, Inc. ("Netlist") in the above-captioned matter.

Netlist hereby requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be filed or served in the above-captioned matter, be provided to and served upon counsel for Netlist at the address set forth below.

> Michael G. Ermer (SBN 110496)
> Irell & Manella LLP
> 840 Newport Center Drive, Suite 400
> Newport Beach, California 92660
> Telephone: (949) 760-0991
> Facsimile: (949) 760-5200
> Email: mermer@irell.com

Dated: January 18, 2023

Respectfully submitted,
IRELL & MANELLA LLP

By: /s/   Michael G. Ermer

Michael G. Ermer (SBN 110496)
Irell & Manella LLP
840 Newport Center Drive, Suite 400, Newport Beach, California 92660 Telephone: (949) 760-0991
Email: mermer@irell.com

*Attorneys for Plaintiff Netlist, Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

NOTICE OF APPEARANCE
CASE NO. 22-MC-80337